Form NOD13

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Ronnie Lee Gaddis | Case No.: 07–43247 |
| Alias: | Judge Init: RLE |
| Debtor(s) | Chapter: 13 |

## NOTICE OF CHAPTER 13 CASE CLOSED
## WITHOUT DISCHARGE

The Court, having determined that the debtor Ronnie Lee Gaddis has not met the requirements for discharge under 11 U.S.C. § 1328 which are noted below, hereby issues notice that the above−captioned case with respect to the above named debtor has been closed without discharge.

- ☒ The debtor received a discharge in a prior case within the time periods specified in 11 U.S.C. § 1328 (f) and is not entitled to a discharge in this case.

- ☐ The debtor has not paid all domestic support obligations as that term is defined in 11 U.S.C. § 101(14A) by any order of a court or administrative agency or by any statute. 11 U.S.C. § 1328(a)

- ☐ The debtor did not complete an instructional course concerning personal financial management described in 11 U.S.C. § 111 or did not file a statement regarding completion of the course prior to making the last plan payment. 11 U.S.C. § 1328(g); Interim Bankr. R. 1007(b)(7) and (c)

- ☐ No statement as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in 11 U.S.C. § 522 (q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B) has been filed with the Court. 11 U.S.C. § 1328(h); Interim Bankr. R. 1007, 4004.

- ☐ Other:

Dated: 7/15/13            For the Court:

                          Gloria L. Franklin
                          Clerk of Court
                          United States Bankruptcy Court